1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       FAX: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                                OAKLAND DIVISION
11

12  JINGLING XU & JIAYONG HAN
                                                C 4:23-cv-02440 DMR
13                 Plaintiffs,

14  v.                                          **STIPULATION TO STAY
                                                PROCEEDINGS; ORDER**
15  DIR SF ASYLUM OFC, *et al.*,

16                 Defendants.

17

18      The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

19  Court to stay proceedings in this case for a limited time, until January 4, 2024. The parties make this

20  joint request because they are pursuing an administrative resolution that may render further litigation of

21  this case unnecessary.

22      Plaintiffs filed this mandamus action seeking adjudication of their Form I-589, Application for

23  Asylum and for Withholding of Removal. United States Citizenship and Immigration Services

24  ("USCIS") has scheduled the asylum interview to take place on September 6, 2023, and it agrees to

25  work diligently towards completing adjudication of Plaintiffs' petition, absent the need for further

26  adjudicative action or unforeseen circumstances that would require additional time for adjudication.

27

28
   Stip to Stay Proceedings
   C 4:23-cv-02440 DMR                          1

Upon receipt of USCIS' decision, Plaintiffs agree to voluntarily dismiss this case and, in that event, the parties agree to bear their own attorney's fees and costs. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 4, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 12, 2023

Respectfully submitted[i],

ISMAIL J. RAMSEY
United States Attorney

/s/ Elizabeth Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 12, 2023

/s/ Ke Ye
KE YE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 13, 2023

HON. DONNA M. RYU
United States Chief Magistrate Judge

---

[i] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.